**FILED**
JUL 30 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-MJ-00130-DAD |
| Plaintiff, | ORDER TO SHOW CAUSE RE: PROBATION REVOCATION |
| v. | |
| JAMES L. WIGGINS, | |
| Defendant. | |

It is Hereby Ordered that the defendant appear on July 31, 2012, at 10:00 a.m. to show cause why the probation granted on August 5, 2010, and extended on August 2, 2011, should not be revoked for the defendant's failure to pay the court-ordered fine and special assessment.

IT IS SO ORDERED.

Dated: July 30, 2012

_____
HON. DALE A. DROZD
United States Magistrate Judge